AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

SC

| | |
|---|---|
| THE BOARD OF TRUSTEES **(See Attachment A to Summons in a Civil Action)** | ) |
| Plaintiff | ) |
| v. | ) |
| NORTH COAST CONTRACTING, INC., a California Corporation | ) |
| Defendant | ) |

CV 08          3577

Civil Action No.

## Summons in a Civil Action

To: NORTH COAST CONTRACTING, INC., a California Corporation

(Defendant's name)

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Barry E. Hinkle, Bar No. 071223                    Phone: (510) 337-1001
Patricia A. Davis, Bar No. 179074
Concepcion E. Lozano-Batista, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
1001 Marina Village Parkway, Suite 200, Alameda, CA 94501-1091

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking

Name of clerk of court

JUL 25 2008

Date: _____

Deputy ANNA SPRINKLES

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

NDCAO440

AO 440 (Rev. 03/08) Civil Summons (Page 2)

### Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1)   personally delivering a copy of each to the individual at this place, _____ ; or

    (2)   leaving a copy of each at the individual's dwelling or usual place of abode with _____
         who resides there and is of suitable age and discretion; or

    (3)   delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
         _____ ; or

         returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


### SEE ATTACHED PROOF OF SERVICE.


Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Attachment A to Summons in a Civil Action

THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,

        Plaintiffs,

   v.

NORTH COAST CONTRACTING , INC., a California Corporation,

        Defendant.

**Attachment A to Summons in a Civil Action**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PRKWY, STE. 200<br>ALAMEDA, CA  94501-1023 | | (510) 337-1001 | |
| | | REFERENCE NUMBER<br>00034867-01 | |
| ATTORNEY FOR (NAME) | | | |

Insert name of court, judicial district or branch court, if any, and post office and street address

United States District Court,

SHORT NAME OF CASE

THE BOARD OF TRUSTEES vs. NORTH COAST CONTRACTING

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV 08 3577 SC |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:

Summons & Complaint; Order Setting Initial Case Management Conference;
Welcome to the U.S. District Court, San Francisco; ECF Registration
Information Handout; Civil Cover Sheet; Notice Of Availablility Of
Magistrate Judge To Exercise Jurisdiction; Consenting To A Magistrate
Judge's Jurisdiction;

Name of Defendant: NORTH COAST CONTRACTING, INC., a California Corporation
Person Served: SEAN DURBERGER
Title: MANAGER

Date of Delivery: 08/11/08
Time of Delivery: 11:23 am

Place of Service: 67 MAGNOLIA AVENUE #E
PETALUMA, CA 94955                    **(Business)**

Date of Mailing: 08/12/08
Place of Mailing: SAN FRANCISCO

Manner of Service:
**Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house,
usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post
Office Box, in the presence of a competent member of the household or a person apparently in charge of his or
her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least
18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By
First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left. (CCP
415.20(b) ) (F.R.CIV. P. 4 (e) (1)) FRCP 4 D**

Fee for service:    $  79.50

| JUDICIAL COUNCIL FORM, RULE #982 (A)(23) | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
|---|---|
| [X]  Registered: . . . . SPNOMA . . . . . . County,<br>Number:. . . . . P-402 . . . . . . .<br>Expiration Date:<br>     RAPID SERVE<br>     210 Fell Street, # 19<br>     San Francisco, CA 94102<br>     (415) 882-2266 | on: . . . . . August 20, 2008 . . . . . . . . ,<br>at: . . . . . . . . San Francisco . . . . , California.<br><br>Signature: _Richard C. Stitts_<br>Name: RICHARD C. STITTS, JR.<br>Title: (i) registered Calfiornia Process server |

304/00034867-01